UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDULKADIR OSMAN GARGAR,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 2:24-cv-00128-TMC-GJL

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner moved to proceed with this action *In Forma Pauperis* (IFP). Dkt. 3. Petitioner's Motion demonstrates that he is unable to afford the $5.00 filing fee. The IFP Motion (Dkt. 3) is therefore **GRANTED**. The Clerk is directed to **FILE** Petitioner's Petition for writ of habeas corpus (Dkt. 3-1) without the prepayment of fees. The Clerk is further directed to **SEND** a copy of this Order to Petitioner.

Dated this 16th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1